UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LUIS ANDINO,

                        Plaintiff,

                                                                                   ORDER
          v.                                                                        06-CV-455A

GLENN S GOORD, ET AL.,

                        Defendants.

---

       The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On February 19, 2008, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant's motion to dismiss be denied.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant's motion to dismiss is denied.

       The case is referred back to Magistrate Scott for further proceedings.

       SO ORDERED.

                                                 s/ *Richard J. Arcara*
                                                 HONORABLE RICHARD J. ARCARA
                                                 CHIEF JUDGE
                                                 UNITED STATES DISTRICT COURT

DATED: March 17, 2007