UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LUIS ANDINO,

                Plaintiff,

                                                  ORDER
        v.                                                  06-CV-455A

GLENN S. GOORDE, et al.,

                Defendants.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On June 20, 2008, Magistrate Judge Scott filed a Report and Recommendation, recommending that plaintiff's motion for a preliminary injunction be denied, without prejudice.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge  Scott's Report and Recommendation, plaintiff's motion for a preliminary injunction is denied, without prejudice.

        The case is referred back to Magistrate Judge Scott for further proceedings.

        SO ORDERED.

                                                    s/ *Richard J. Arcara*
                                                    HONORABLE RICHARD J. ARCARA
                                                    CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT

DATED: July 15, 2008